624

No. 806. PACIFIC MUTUAL LIFE INSURANCE CO. ET AL. *v.* McCOMBS ET AL. April 2, 1934. Petition for writ of certiorari to the Supreme Court of Arkansas denied. *Mr. S. Lasker Ehrman* for petitioners. *Mr. Robert E. Wiley* for respondents.

No. 811. HARPERS FERRY & POTOMAC BRIDGE CO. *v.* PUBLIC SERVICE COMMISSION. April 2, 1934. Petition for writ of certiorari to the Supreme Court of Appeals of West Virginia denied. *Mr. Carlyle Barton* for petitioner. No appearance for respondent.

No. 813. ULMEN *v.* NATIONAL SURETY CO. April 2, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. H. Lowndes Maury* for petitioner. *Mr. John G. Brown* for respondent.

No. 817. WEST SHORE R. CO. ET AL. *v.* BOARD OF PUBLIC UTILITY COMMISSIONERS. April 2, 1934. Petition for writ of certiorari to the Court of Errors and Appeals of New Jersey denied. *Mr. John A. Hartpence* for petitioners. *Mr. Frank H. Sommer* for respondent.

Nos. 818 and 819. TERRE HAUTE ELECTRIC CO., INC., *v.* HELVERING, COMMISSIONER OF INTERNAL REVENUE. April 2, 1934. Petition for writs of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. A. E. James* for petitioner. *Solicitor General Biggs, Assistant Attorney General Wideman,* and *Messrs. Sewall Key, John MacC. Hudson,* and *H. Brian Holland* for respondent.